UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhlaw.com

In Re:
GinaMarie Forester

Case No.: 19-27926
Chapter: 13
Hearing Date: _____
Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Robert A. Loefflad,

    ☒ am the attorney for: Debtor

    ☐ am self-represented

    Phone number: 609-653-1500

    Email address: rloefflad@ffhlaw.com

2. I request an adjournment of the following hearing:

    Matter: Motion to Approve Settlement and for Transfer of Real Estate.

    Current hearing date and time: 12/17/2019

    New date requested: 1/07/2020

    Reason for adjournment request: Need additional time to obtain CMA. Other parties to settlement may want to participate in hearing.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): **No other objections filed to motion.**

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 12/09/2019                        /s/ Robert A. Loefflad
                                        Signature

Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.

---

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 1/7/2019            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**