Order Filed on January 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT FOR
DISTRICT OF NEW JERSEY

Robert A. Loefflad, Esquire
NJ Bar ID # 02479996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhklaw.com

In Re:

GinaMarie Forester

Debtors.

Case No.: 19-27926

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, U.S.B.J.

**ORDER APPROVING SETTLEMENT OF CONTROVERSY AND
TRANSFER OF REAL ESTATE PURSUANT TO CONSENT JUDGMENT
ENTERED BY SUPERIOR COURT OF NEW JERSEY ON SEPTEMBER 23, 2019**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 29, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

FORD, FLOWE

**PAGE 2**

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

**THIS MATTER** having come before the court upon the Application of Robert A. Loefflad, Esquire, of the Law Firm of Ford, Flower, Hasbrouck & Loefflad, attorneys for the Debtor, GinaMarie Forester, and

**WHEREAS,** the Debtor's father having formerly owned a condominium unit located at 203 E. Brigantine Avenue, Unit 211, Brigantine, New Jersey (the "Condo Unit"), and

**WHEREAS,** on June 27, 2014, the Debtor's father executed a Deed purporting to transfer sole ownership of the Condo Unit to the Debtor, and

**WHEREAS,** on July 17, 2017, the Debtor's father having passed away, and

**WHEREAS,** on or about June, 2018, the Debtor's sibling, Edward McDonald, Theresa A. Visconto, and Donna M. McDonald-McGinn, having filed a Verified Complaint with the Superior Court of New Jersey, Chancery Division – Probate Part, Atlantic County, under Docket No. 121534, and

**WHEREAS,** said Verified Complaint having sought, in part, to set aside the transfer of the Condo Unit to Debtor as being the produce of undue influence, and

**WHEREAS,** on July 31, 2019, the Debtor and her siblings having appeared in court before the Honorable Michael J. Blee, P.J.Ch., of the Superior Court of New Jersey, Chancery Division – Probate Part, Atlantic County, and having placed on the record the terms of a settlement resolving the issues raised by the Verified Complaint, and

2

**PAGE 3**

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

**WHEREAS**, on September 23, 2019, Judge Blee having executed a Consent Judgment confirming the terms of the settlement, and

**WHEREAS**, on September 19, 2019, the Debtor, GinaMarie Forester, having filed the withing bankruptcy proceeding under Chapter 13 of the United States Bankruptcy Code, and

**WHEREAS**, on November 15, 2019, the Debtor having filed a motion to approve the terms of the settlement as set forth in the consent judgment executed by Judge Blee, and to approve the transfer of the Condo Unit to the Debtor's siblings as provided therein, and

**WHEREAS,** on the same date, the Debtor having filed a Notice of Proposed Settlement or Compromise of Controversy and a Notice of Proposed Private Sale, and

**WHEREAS**, the court having subsequently served the Notice of Proposed Settlement or Compromise of Controversy and Notice of Proposed Private Sale in accordance with applicable bankruptcy rules and procedures, and

**WHEREAS**, on November 27, 2019, Isabel C. Balboa, Esquire, in her capacity as the Chapter 13 Standing Trustee, filed a response to Debtor's Motion to Approve Settlement and to Transfer the Condo Unit to the Debtor's siblings as provided therein, and

**WHEREAS**, on January 7, 2020, Robert A. Loefflad, Esquire, as attorney for the Debtor, Jennifer R. Gorchow, Esquire, as attorney for the Chapter 13 Standing Trustee, Edward

3

PAGE 4

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

McDonald, in a self-represented capacity, Theresa A. Visconto, in a self-represented capacity, having appeared before, and

**WHEREAS**, the court having heard argument of counsel and the self-represented parties, and

**WHEREAS**, for the reasons stated on the record,

**IT IS** hereby **ORDERED** that:

1. Stay relief is hereby granted *nunc pro tunc* effective September 23, 2019, as to the state court litigation. The Consent Judgment entered by Judge Blee on September 23, 2019, shall remain in full force and effect and shall be unaffected by the Debtor's bankruptcy filing.

2. The settlement between the Debtor, GinaMarie Forester, and her siblings, Edward McDonald, Theresa A. Visconto, and Donna M. McDonald-McGinn, is hereby approved.

3. The Debtor's motion to transfer the Condominium Unit located at 203 E. Brigantine Avenue, Unit 211, Brigantine, New Jersey, to her siblings consistent with the terms of the Consent Judgment, is hereby approved, except that the Deed transferring title to the Condominium Unit must also be signed by the Chapter 13 Standing Trustee on behalf of the bankruptcy estate.

4. Isabel C. Balboa, Esquire, in her capacity as the Chapter 13 Standing Trustee, is hereby authorized and directed to execute a Deed on behalf of the bankruptcy estate transferring

4

PAGE 4

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

the Condominium Unit to the Debtor's siblings consistent with the terms of the Consent Judgment. Debtor's counsel shall prepare the Deed for the Trustee's signature.

Debtor's counsel shall serve a copy of this Order on the Trustee and any other party entering an appearance on the motion.

Honorable Jerrold N. Poslusny, Jr., U.S.B.J.

We hereby consent to the form and
Entry of the within Order

FORD, FLOWER, HASBROUCK & LOEFFLAD
By: Robert A. Loefflad, Esquire
Attorney for the Debtor

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
By: Jennifer R. Gorchow, Esquire
Attorney for the Trustee

5