**UNITED STATES BANKRUPTCY COURT FOR**
**DISTRICT OF NEW JERSEY**

Order Filed on January 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Robert A. Loefflad, Esquire
NJ Bar ID # 02479996
FORD, FLOWER, HASBROUCK & LOEFFLAD
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887
Email: rloefflad@ffhklaw.com

In Re:

GinaMarie Forester

Debtors.

Case No.: 19-27926

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, U.S.B.J.

**ORDER APPROVING SETTLEMENT OF CONTROVERSY AND
TRANSFER OF REAL ESTATE PURSUANT TO CONSENT JUDGMENT
ENTERED BY SUPERIOR COURT OF NEW JERSEY ON SEPTEMBER 23, 2019**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: January 29, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

FORD, FLOWE

**PAGE 2**

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

**THIS MATTER** having come before the court upon the Application of Robert A. Loefflad, Esquire, of the Law Firm of Ford, Flower, Hasbrouck & Loefflad, attorneys for the Debtor, GinaMarie Forester, and

**WHEREAS,** the Debtor's father having formerly owned a condominium unit located at 203 E. Brigantine Avenue, Unit 211, Brigantine, New Jersey (the "Condo Unit"), and

**WHEREAS,** on June 27, 2014, the Debtor's father executed a Deed purporting to transfer sole ownership of the Condo Unit to the Debtor, and

**WHEREAS,** on July 17, 2017, the Debtor's father having passed away, and

**WHEREAS,** on or about June, 2018, the Debtor's sibling, Edward McDonald, Theresa A. Visconto, and Donna M. McDonald-McGinn, having filed a Verified Complaint with the Superior Court of New Jersey, Chancery Division – Probate Part, Atlantic County, under Docket No. 121534, and

**WHEREAS,** said Verified Complaint having sought, in part, to set aside the transfer of the Condo Unit to Debtor as being the produce of undue influence, and

**WHEREAS,** on July 31, 2019, the Debtor and her siblings having appeared in court before the Honorable Michael J. Blee, P.J.Ch., of the Superior Court of New Jersey, Chancery Division – Probate Part, Atlantic County, and having placed on the record the terms of a settlement resolving the issues raised by the Verified Complaint, and

2

PAGE 3

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

**WHEREAS,** on September 23, 2019, Judge Blee having executed a Consent Judgment confirming the terms of the settlement, and

**WHEREAS,** on September 19, 2019, the Debtor, GinaMarie Forester, having filed the withing bankruptcy proceeding under Chapter 13 of the United States Bankruptcy Code, and

**WHEREAS,** on November 15, 2019, the Debtor having filed a motion to approve the terms of the settlement as set forth in the consent judgment executed by Judge Blee, and to approve the transfer of the Condo Unit to the Debtor's siblings as provided therein, and

**WHEREAS,** on the same date, the Debtor having filed a Notice of Proposed Settlement or Compromise of Controversy and a Notice of Proposed Private Sale, and

**WHEREAS,** the court having subsequently served the Notice of Proposed Settlement or Compromise of Controversy and Notice of Proposed Private Sale in accordance with applicable bankruptcy rules and procedures, and

**WHEREAS,** on November 27, 2019, Isabel C. Balboa, Esquire, in her capacity as the Chapter 13 Standing Trustee, filed a response to Debtor's Motion to Approve Settlement and to Transfer the Condo Unit to the Debtor's siblings as provided therein, and

**WHEREAS,** on January 7, 2020, Robert A. Loefflad, Esquire, as attorney for the Debtor, Jennifer R. Gorchow, Esquire, as attorney for the Chapter 13 Standing Trustee, Edward

3

**PAGE 4**

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

McDonald, in a self-represented capacity, Theresa A. Visconto, in a self-represented capacity, having appeared before, and

**WHEREAS**, the court having heard argument of counsel and the self-represented parties, and

**WHEREAS**, for the reasons stated on the record,

**IT IS** hereby **ORDERED** that:

1. Stay relief is hereby granted *nunc pro tunc* effective September 23, 2019, as to the state court litigation. The Consent Judgment entered by Judge Blee on September 23, 2019, shall remain in full force and effect and shall be unaffected by the Debtor's bankruptcy filing,

2. The settlement between the Debtor, GinaMarie Forester, and her siblings, Edward McDonald, Theresa A. Visconto, and Donna M. McDonald-McGinn, is hereby approved,

3. The Debtor's motion to transfer the Condominium Unit located at 203 E. Brigantine Avenue, Unit 211, Brigantine, New Jersey, to her siblings consistent with the terms of the Consent Judgment, is hereby approved, except that the Deed transferring title to the Condominium Unit must also be signed by the Chapter 13 Standing Trustee on behalf of the bankruptcy estate,

4. Isabel C. Balboa, Esquire, in her capacity as the Chapter 13 Standing Trustee, is hereby authorized and directed to execute a Deed on behalf of the bankruptcy estate transferring

4

**PAGE 4**

In re GinaMarie Forester
Case No. 19-27926
*Order Approving Settlement of Controversy, etc.*

---

the Condominium Unit to the Debtor's siblings consistent with the terms of the Consent Judgment. Debtor's counsel shall prepare the Deed for the Trustee's signature.

Debtor's counsel shall serve a copy of this Order on the Trustee and any other party entering an appearance on the motion.

Honorable Jerrold N. Poslusny, Jr., U.S.B.J.

We hereby consent to the form and
Entry of the within Order

FORD, FLOWER, HASBROUCK & LOEFFLAD
By: Robert A. Loefflad, Esquire
Attorney for the Debtor

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
By: Jennifer R. Gorchow, Esquire
Attorney for the Trustee

5

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27926-JNP
GinaMarie Forester                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1            Date Rcvd: Jan 29, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/Text: bfore90210@aol.com Jan 29 2020 23:27:34    GinaMarie Forester,   7 Ruth Court,
               Absecon, NJ 08201-1813
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    CSMC 2018-SP2 Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert A. Loefflad    on behalf of Debtor GinaMarie  Forester rloefflad@ffhlaw.com,
           ghuie@ffhlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5