UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Nikole Montufar
2001 Western Ave, Suite 400
Seattle, WA 98121
(206) 438 1029
NikoleM@w-legal.com

Attorney for USAA Federal Savings Bank

In Re:

Andrew B Fritz

Debtor(s).

Case No.: 19-29642-JNP

Chapter: Chapter 13

Judge: Jerrold N. Poslusny Jr.

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), USAA Federal Savings Bank, a creditor and party in interest in the above-styled case, requests notices required to be mailed or served in this case be directed to:

Nikole Montufar
2001 Western Ave, Suite 400
Seattle, WA 98121
NikoleM@w-legal.com

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Nikole Montufar hereby enters a Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

/s/ Nikole Montufar
Nikole Montufar
Attorney for Creditor
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 438 1029
Fax: (206) 269 3493
Email: NikoleM@w-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on April 28, 2020:

**US Trustee via E-Filing**
US Dept of Justice
Office of the US Trustee
USTPRegion03.NE.ECF@usdoj.gov

Debtors' Counsel via E-Filing
JOSEPH J ROGERS
jjresq@comcast.net

**Trustee via E-Filing**
ISABEL C BALBOA
ecfmail@standingtrustee.com

Debtor via First-Class Mail
Andrew B Fritz
736 Southwick Cir
Somerdale, NJ 080832312

/s/Smitha Sivaiah
Smitha Sivaiah,
Legal Assistant to Nikole Montufar