**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Nikole Montufar
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 438-1029
nikolem@w-legal.com
*Attorney for USAA Federal Savings Bank*

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re

GinaMarie Forester,

Debtor.

Case No.: 19-27926-JNP
Chapter: 13
Hearing Date: April 28, 2020

Judge: Jerrold N. Poslusny Jr.

**ORDER**

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: April 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon the motion of USAA Federal Savings Bank, REQUESTING REDACTION OF PERSONAL INFORMATION, it is

ORDERED that the Notice of Mortgage Payment Change previously filed on February 25, 2020 in relation to proof of claim 29 on the claims register shall be restricted from public view.

IT IS FURTHER ORDERED that the properly redacted version of the aforementioned document attached to the Motion as Exhibit A be filed in its place.

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.

_____
United States Bankruptcy Judge