**Fill in this information to identify the case:**

Debtor 1: Gina Marie Forester

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of New Jersey

Case number: 19-27926-JNP

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: USAA Federal Savings Bank

Court claim no. (if known): 29

Last 4 digits of any number you use to identify the debtor's account: 6 3 3 7

Date of payment change: 03/20/2020
Must be at least 21 days after date of this notice

New total payment: $ 93.23
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____       New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: This is a HELOC, so the ARM Notice requirements do not apply, and USAA does not produce billing statements for HELOCs in bankruptcy.

   Current interest rate: 4.25%         New interest rate: 4.00%

   Current principal and interest payment: $ 99.75    New principal and interest payment: $ 93.23

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: Change due to principle balance

   Current mortgage payment: $ 99.75     New mortgage payment: $ 93.23

Official Form 410S1       Notice of Mortgage Payment Change       page 1

Debtor 1  **Gina Marie Forester**
First Name    Middle Name    Last Name

Case number (if known) 19-27926-JNP

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Taylor Bartle
Signature

Date 02/25/2020

Print: **Taylor Bartle**
First Name    Middle Name    Last Name

Title Authorized agent for USAA

Company  Weinstein & Riley, P.S.

Address  2001 Western Ave, suite 400
Number    Street

Seattle        WA    98121
City          State    ZIP Code

Contact phone  2062693490

Email  bncmail@w-legal.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

Print    Save As...    Add Attachment    Reset

| Member Name | Account Number | Date of Payment Change | New Total Payment | Payment Change due to interest adjustment |
|---|---|---|---|---|
| ROBERT A FORESTER | 6337 | 3/20/2020 | $93 23 | Yes |

```
AMB2           02/25/20      BILL HIST INQUIRY - SUMMARY      12:31:05   PAGE 11
CUR
CTL2 002 CTL3 000 CTL4 0000 ACCT             6337 FORESTER ROBE
DUE DATE              START DATE

SELECTIONS: D=DETAIL, R=PRINT BILL HISTORY RECORD
SEL   DUE DATE    BILL DATE    DEFN      SCHEDULED AMOUNT         ACTUAL AMOUNT
      08/20/19    07/26/19     B03              118.96                118.96
      09/20/19    08/26/19     B03              118.97                118.97
      10/20/19    09/25/19     B03              109.07                109.07
      11/20/19    10/26/19     B03              106.43                106.43
      12/20/19    11/25/19     B03              102.93                102.93
      01/20/20    12/26/19     B03              100.05                100.05
      02/20/20    01/26/20     B03               99.75                 99.75
      03/20/20    02/24/20     B03               93.23                 93.23




PF2-NEXT PAGE
AMPCBLS3 AM1417 F: END OF BILL HISTORY                                       LAST
```

```
AMHS           02/25/20        HISTORY SUMMARY               12:43:47
CUR
CTL2 002 CTL3 000 CTL4 0000 ACCT             6337 FORESTER ROBE
START DATE 11/25/19

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT   EFF DATE TRAN DESCRIPTION           TRAN AMOUNT          POST BALANCE
      11/25/19 2192 PND RTE CHG ADD
      11/26/19 3031 RATE CHANGE        KEY = INT 01     NEW RATE =    4.0000000
      11/26/19 3030 SET NONACCRUAL     KEY = INT 01
      11/26/19 2199 PND RTE CHG DEL
      12/10/19 2053 BILL DEF UPDATE    MULTIPLE FIELDS
      12/19/19 7080 AUTO DEBIT PMT              120.00              29,437.13
      12/19/19 7030 RECOVER NONACCR             102.93              29,437.13
      12/19/19 7052 DEC NONACC RCVY             102.93              29,437.13
      01/16/20 7080 AUTO DEBIT PMT              120.00              29,417.18
      01/16/20 7030 RECOVER NONACCR             100.05              29,417.18
      01/16/20 7052 DEC NONACC RCVY             100.05              29,417.18
      02/21/20 7080 AUTO DEBIT PMT              120.00              29,396.93
      02/21/20 7030 RECOVER NONACCR              99.75              29,396.93
      02/21/20 7052 DEC NONACC RCVY              99.75              29,396.93
PF2-NEXT PAGE    PF3-PREV PAGE   PF6-SELECT
AMPCHSSS AM1244 I: END OF DATA FOR THIS DATE RANGE                          LAST
```

```
AMHS           02/25/20        HISTORY SUMMARY               12:43:47
CUR
CTL2 002 CTL3 000 CTL4 0000 ACCT             6337 FORESTER ROBE
START DATE 09/23/19

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT   EFF DATE TRAN DESCRIPTION           TRAN AMOUNT          POST BALANCE
      09/23/19 2413 TAX UPD             MULTIPLE FIELDS
      09/24/19 2013 ACCT F/M UPDATE     FLD = HOLD STMT ID      NEW = 1
      09/24/19 2013 ACCT F/M UPDATE     FLD = CB CUST INFO CD   NEW = H
      09/24/19 2013 ACCT F/M UPDATE     FLD = STOP ADV REAS     NEW = BK
      09/25/19 2192 PND RTE CHG ADD
      09/26/19 3031 RATE CHANGE        KEY = INT 01     NEW RATE =    4.2500000
      09/26/19 3030 SET NONACCRUAL     KEY = INT 01
      09/26/19 2199 PND RTE CHG DEL
      10/22/19 7080 AUTO DEBIT PMT              125.00              29,472.77
      10/22/19 7030 RECOVER NONACCR             109.07              29,472.77
      10/22/19 7052 DEC NONACC RCVY             109.07              29,472.77
      11/15/19 7080 AUTO DEBIT PMT              125.00              29,454.20
      11/15/19 7030 RECOVER NONACCR             106.43              29,454.20
      11/15/19 7052 DEC NONACC RCVY             106.43              29,454.20
PF2-NEXT PAGE    PF3-PREV PAGE   PF6-SELECT
```

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Trustee via e-filing:
Isabel C. Balboa
ecfmail@standingtrustee.com

U.S. Trustee via e-filing:
USTPRegion03.NE.ECF@usdoj.gov

Debtor's Counsel via e-filing:
Robert A. Loefflad
Ford, Flower, Hasbrouck & Loefflad
rloefflad@ffhlaw.com

Debtor(s) via First-Class mail:
GinaMarie Forester
7 Ruth Court
Absecon, NJ 08201

Dated: February 25, 2020

/s/Taylor Bartle
Taylor Bartle, legal assistant for Weinstein & Riley, P.S.