**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Nikole Montufar
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 438-1029
nikolem@w-legal.com
*Attorney for USAA Federal Savings Bank*

Order Filed on April 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re

GinaMarie Forester,

Debtor.

Case No.: 19-27926-JNP
Chapter: 13
Hearing Date: April 28, 2020

Judge: Jerrold N. Poslusny Jr.

**ORDER**

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: April 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

Upon the motion of USAA Federal Savings Bank, REQUESTING REDACTION OF PERSONAL INFORMATION, it is

ORDERED that the Notice of Mortgage Payment Change previously filed on February 25, 2020 in relation to proof of claim 29 on the claims register shall be restricted from public view.

IT IS FURTHER ORDERED that the properly redacted version of the aforementioned document attached to the Motion as Exhibit A be filed in its place.

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

Dated, _____ day of _____, _____.

_____
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
GinaMarie Forester  
    Debtor

Case No. 19-27926-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 28, 2020
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db        +E-mail/Text: bfore90210@aol.com Apr 28 2020 22:57:00     GinaMarie Forester,   7 Ruth Court,   Absecon, NJ 08201-1813
                                                                                                                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Kevin Gordon McDonald   on behalf of Creditor   CSMC 2018-SP2 Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Nikole Montufar   on behalf of Creditor   USAA Federal Savings Bank nikolem@w-legal.com
        Robert A. Loefflad   on behalf of Debtor GinaMarie  Forester rloefflad@ffhlaw.com, ghuie@ffhlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                  TOTAL: 6