# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J LBR 9004-1 (b)** <br> Nikole Montufar <br> 2001 Western Ave. Suite 400 <br> Seattle, WA 98121 <br> (206) 438-1029 <br> NikoleM@w-legal.com <br> Attorney for USAA Federal Savings Bank <br><br> In Re: <br> GinaMarie Forester <br> Debtor (s) | Case No:   19-27926-JNP <br><br> Chapter:   Chapter 13 <br><br> Judge:   Judge Jerrold N. Poslusny Jr. |

## NOTICE OF WITHDRAWAL

COMES NOW, USAA Federal Savings Bank ("Creditor"), by its attorney, and hereby withdraws its Appearance of Counsel and Request for Notice filed on April 28, 2020, in the above-referenced bankruptcy proceeding.

DATED: May 12, 2020

/s/ Nikole Montufar

Nikole Montufar
Attorney for Creditor
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 438 1029
Fax: (206) 269 3493
Email: NikoleM@w-legal.com

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that on May 12, 2020 a true and correct copy of the foregoing documents was served on the following parties by electronic service as listed on the Court's ECF filing system or by first-class mail to the parties listed below:

**U.S. Trustee via E-Filing**
US Dept of Justice
Office of the US Trustee
USTPRegion03.NE.ECF@usdoj.gov

| **Trustee via E-Filing** | **Debtors Counsel via E-Filing** |
|---|---|
| ISABEL C. BALBOA | ROBERT A. LOEFFLAD |
| ecfmail@standingtrustee.com | rloefflad@ffhlaw.com |

Debtor via First Class Mail
GinaMarie Forester
7 Ruth Court
Absecon, NJ 08201

/s/Smitha Sivaiah
Smitha Sivaiah
Legal Assistant for Nikole Montufar