## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

**IN RE:**                                                              **CASE NO.: 19-27926-JNP**
**GinaMarie Forester**
   **Debtor.**                                          **CHAPTER 13**
_____/

## <u>NOTICE OF SATISFACTION OF PROOF OF CLAIM 29-1</u>

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of
Claim 29-1, filed by USAA Federal Savings Bank on 12/2/2019, in the amount of $29,576.50, is
deemed satisfied and no further payments are due. Accordingly, any future disbursements on
Claim number 29-1 should cease at this time. Any monies received after the date of this Notice
will be returned to the sender.

> Robertson, Anschutz, Schneid Crane & Partners PLLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road
> Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
>
> By: /s/ Harold Kaplan_____
> Harold Kaplan, Esquire
> Bar ID:  HK0226
> Email: hkaplan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                    CASE NO.: 19-27926-JNP
**GinaMarie Forester**
    **Debtor.**                                           CHAPTER 13
_____/


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 14, 2021 , I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served

via CM/ECF or United States Mail to the following parties:

GinaMarie Forester
7 Ruth Court
Absecon, NJ 08201

And via electronic mail to:

Robert A. Loefflad
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, NJ 08221

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/Rachel Croce
    Rachel Croce
    Email: rcroce@raslg.com