Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-27926 (JNP)**

Ginamarie Forester  
7 Ruth Court  
Absecon, NJ  08201

Monthly Payment: $1,314.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2020 | $1,100.00 | 03/02/2020 | $1,314.00 | 03/30/2020 | $1,314.00 | 05/01/2020 | $1,314.00 |
| 06/01/2020 | $1,314.00 | 07/01/2020 | $1,314.00 | 07/31/2020 | $1,314.00 | 08/31/2020 | $1,314.00 |
| 10/01/2020 | $1,314.00 | 11/02/2020 | $1,314.00 | 11/30/2020 | $1,314.00 | 12/29/2020 | $1,314.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GINAMARIE FORESTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $8,170.22 | $572.68 | $7,597.54 | $0.00 |
| 2 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLIED INTERSTATE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ALPHA RECOVERY CORP. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BRYANT STATE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CKS FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $3,673.11 | $257.46 | $3,415.65 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $247.80 | $17.37 | $230.43 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $2,516.42 | $176.39 | $2,340.03 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,926.63 | $135.04 | $1,791.59 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $1,934.42 | $135.59 | $1,798.83 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $5,734.83 | $401.97 | $5,332.86 | $0.00 |
| 14 | COOPER LEVENSON, P.A. | 33 | $72,378.39 | $5,073.25 | $67,305.14 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $3,100.60 | $217.33 | $2,883.27 | $0.00 |
| 16 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,268.42 | $299.19 | $3,969.23 | $0.00 |
| 17 | DISCOVER BANK | 33 | $7,248.96 | $508.11 | $6,740.85 | $0.00 |
| 18 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | First National Credit Card | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FIRSTSOURCE ADVANTAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $750.79 | $52.63 | $698.16 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $503.88 | $35.31 | $468.57 | $0.00 |
| 23 | JP MORGAN CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $1,455.42 | $102.02 | $1,353.40 | $0.00 |
| 25 | MERRICK BANK | 33 | $1,363.20 | $95.55 | $1,267.65 | $0.00 |
| 26 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PROSPER FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | RITA E. DUNLEAVY, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROBERT FORESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SELECT PORTFOLIO SERVICING, INC. | 24 | $2,785.79 | $2,785.79 | $0.00 | $0.00 |
| 33 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $7,243.21 | $507.70 | $6,735.51 | $0.00 |
| 35 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,013.17 | $71.02 | $942.15 | $0.00 |
| 36 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $9,995.45 | $700.62 | $9,294.83 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,305.28 | $231.68 | $3,073.60 | $0.00 |
| 38 | TRUEACCORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | USAA CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | UNITED COLLECTION BUREAU, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VELOCITY INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | WEB BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $802.69 | $56.26 | $746.43 | $0.00 |
| 50 | QUANTUM3 GROUP, LLC | 33 | $525.07 | $36.81 | $488.26 | $0.00 |
| 51 | VERIZON BY AMERICAN INFOSOURCE | 33 | $228.84 | $16.04 | $212.80 | $0.00 |
| 52 | DEPARTMENT OF THE TREASURY | 28 | $1,800.00 | $0.00 | $1,800.00 | $0.00 |
| 53 | LVNV FUNDING, LLC | 33 | $1,439.92 | $100.93 | $1,338.99 | $0.00 |
| 54 | CITIBANK, N.A. | 33 | $1,028.50 | $72.09 | $956.41 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 5.00 | $1,100.00 |
| 03/01/2020 | 55.00 | $1,314.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,554.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $4,207.22 |
| Arrearages: | ($1,314.00) |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**