UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor USAA Federal Savings Bank

| | |
|---|---|
| In Re: | Case No.:  19-27926-JNP |
| GinaMarie Forester | Chapter:  13 |
| Debtor, | Judge:  Jerrold N. Poslusny Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    USAA Federal Savings Bank, Creditor
(Example: John Smith, creditor)

        Old address:    USAA Federal Savings Bank
        C/O Weinstein & Riley, PS
        2001 Western Ave, Suite 400
        Seattle, WA 98121

        New address:    (Notice) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA  30097
        Phone: 470-321-7112

        (Payment) Consumer Payment Processing-
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        PO Box 272310
        Boca Raton, FL  33427
        Phone: 561-241-6901

        New phone no.: 866-503-5559
        (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    11/3/2021              /s/Harold Kapaln
                                                             Signature

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GinaMarie Forester
7 Ruth Court
Absecon, NJ 08201
ATLANTIC-NJ

And via electronic mail to:

Robert A. Loefflad
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, NJ 08221

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Yanique Roberts