Printed on: 12/31/2022

ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 19-27926 (JNP)

Ginamarie Forester
7 Ruth Court
Absecon, NJ  08201

Monthly Payment: $1,314.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

### For the period of 01/01/2022 to 12/31/2022
#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2022 | $1,314.00 | 02/28/2022 | $1,314.00 | 03/31/2022 | $1,314.00 | 05/02/2022 | $1,314.00 |
| 05/31/2022 | $1,314.00 | 07/01/2022 | $1,314.00 | 08/01/2022 | $1,314.00 | 08/31/2022 | $1,314.00 |
| 10/03/2022 | $1,314.00 | 10/31/2022 | $1,314.00 | 12/01/2022 | $1,314.00 | 12/29/2022 | $1,314.00 |

#### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GINAMARIE FORESTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $8,170.22 | $2,247.94 | $5,922.28 | $837.78 |
| 2 | ARS NATIONAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLIED INTERSTATE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ALPHA RECOVERY CORP. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BRYANT STATE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CKS FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 33 | $3,673.11 | $1,010.61 | $2,662.50 | $376.64 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $247.80 | $68.18 | $179.62 | $25.41 |
| 10 | LVNV FUNDING, LLC | 33 | $2,516.42 | $692.36 | $1,824.06 | $258.03 |
| 11 | LVNV FUNDING, LLC | 33 | $1,926.63 | $530.09 | $1,396.54 | $197.56 |
| 12 | LVNV FUNDING, LLC | 33 | $1,934.42 | $532.23 | $1,402.19 | $198.36 |
| 13 | LVNV FUNDING, LLC | 33 | $5,734.83 | $1,577.87 | $4,156.96 | $588.06 |
| 14 | COOPER LEVENSON, P.A. | 33 | $72,378.39 | $19,914.06 | $52,464.33 | $7,421.75 |
| 15 | MIDLAND FUNDING, LLC | 33 | $3,100.60 | $853.09 | $2,247.51 | $317.94 |
| 16 | DEPARTMENT STORES NATIONAL BANK | 33 | $4,268.42 | $1,174.41 | $3,094.01 | $437.68 |
| 17 | DISCOVER BANK | 33 | $7,248.96 | $1,994.47 | $5,254.49 | $743.31 |
| 18 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | First National Credit Card | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FIRSTSOURCE ADVANTAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $750.79 | $206.57 | $544.22 | $76.98 |
| 22 | CITIBANK, N.A. | 33 | $503.88 | $138.64 | $365.24 | $51.68 |
| 23 | JP MORGAN CHASE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $1,455.42 | $400.44 | $1,054.98 | $149.23 |
| 25 | MERRICK BANK | 33 | $1,363.20 | $375.07 | $988.13 | $139.79 |
| 26 | MERRICK BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PROSPER FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | RITA E. DUNLEAVY, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ROBERT FORESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SELECT PORTFOLIO SERVICING, INC. | 24 | $2,785.79 | $2,785.79 | $0.00 | $0.00 |
| 33 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $7,243.21 | $1,992.89 | $5,250.32 | $742.73 |
| 35 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,013.17 | $278.76 | $734.41 | $103.89 |
| 36 | MIDLAND FUNDING, LLC | 33 | $9,995.45 | $2,750.13 | $7,245.32 | $1,024.94 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,305.28 | $909.41 | $2,395.87 | $338.92 |
| 38 | TRUEACCORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | USAA CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | UNITED COLLECTION BUREAU, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VELOCITY INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | WEB BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $802.69 | $220.85 | $581.84 | $82.31 |
| 50 | QUANTUM3 GROUP, LLC | 33 | $525.07 | $144.47 | $380.60 | $53.83 |
| 51 | VERIZON BY AMERICAN INFOSOURCE | 33 | $228.84 | $62.97 | $165.87 | $23.47 |
| 52 | DEPARTMENT OF THE TREASURY | 28 | $1,800.00 | $0.00 | $1,800.00 | $0.00 |
| 53 | LVNV FUNDING, LLC | 33 | $1,439.92 | $396.18 | $1,043.74 | $147.65 |
| 54 | CITIBANK, N.A. | 33 | $1,028.50 | $282.98 | $745.52 | $105.47 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 5.00 | $1,100.00 |
| 03/01/2020 | 55.00 | $1,314.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,768.00 |
| Total paid to creditors this period: | $14,443.41 |
| Undistributed Funds on Hand: | $4,201.99 |
| Arrearages: | ($1,314.00) |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**