Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–27926–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
GinaMarie Forester
aka Gina T. Forester, aka Gina Marie Forester, aka GinaMarie T. Forester
7 Ruth Court
Absecon, NJ 08201

Social Security No.:
xxx–xx–9700

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

TO: GinaMarie Forester
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: October 3, 2024
JAN: def

Jeanne Naughton, Clerk