**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | GinaMarie Forester<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9700<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27926–JNP | |

# Order of Discharge                                                                                        12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> GinaMarie Forester
> aka Gina T. Forester, aka Gina Marie Forester,
> aka GinaMarie T. Forester

11/22/24                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                  **Chapter 13 Discharge**                                  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27926-JNP |
| GinaMarie Forester | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | CSMC 2018-SP2 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | USAA Federal Savings Bank, Weinstein & Riley, P.S., 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| 518468757 | + | Alpha Recovery Corp., PO Box 1259, Dept. 136480, Oaks, PA 19456-1259 |
| 518468768 | + | Cooper Levenson, 1125 Atlantic Avenue, Atlantic City, NJ 08401-4812 |
| 518468771 | | Discover Bank, c/o Discover Products, Inc., 6500 Albany Road, New Albany, OH 43054 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: bfore90210@aol.com | Nov 22 2024 20:33:00 | GinaMarie Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518468755 | | Email/Text: collections@abcofcu.org | Nov 22 2024 20:36:00 | ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 518468758 | | Email/Text: legal@arsnational.com | Nov 22 2024 20:35:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 518468756 | ^ | MEBN | Nov 22 2024 20:26:53 | Allied Interstate, PO Box 19326, Minneapolis, MN 55419-0326 |
| 518468759 | | Email/Text: BNBSB@capitalsvcs.com | Nov 22 2024 20:34:00 | Bryant State Bank, PO Box 5161, Sioux Falls, SD 57117-5161 |
| 518468762 | | EDI: CKSFINANCIAL.COM | Nov 23 2024 01:13:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 518599532 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 22 2024 20:36:00 | CSMC 2018-SP2 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518468760 | | EDI: CAPITALONE.COM | Nov 23 2024 01:13:00 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 518598984 | | EDI: CITICORP | Nov 23 2024 01:13:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518468763 | | EDI: WFNNB.COM | Nov 23 2024 01:13:00 | Comenity Bank - Loft, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518468764 | | EDI: WFNNB.COM | Nov 23 2024 01:13:00 | Comenity Bank - Ulta, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518468765 | | EDI: WFNNB.COM | | |

Case 19-27926-JNP    Doc 64    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 72 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 23 2024 01:13:00 | Comenity Bank - Victoria's Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518468766 | | EDI: WFNNB.COM | Nov 23 2024 01:13:00 | Comenity Capital Bank - Forever 21, Post Office Box 183043, Columbus, OH 43218-3043 |
| 518468767 | | EDI: WFNNB.COM | Nov 23 2024 01:13:00 | Comenity Capital Bank - Overstock, Post Office Box 183043, Columbus, OH 43218-3043 |
| 518468769 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2024 20:37:11 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518468772 | | EDI: DISCOVER | Nov 23 2024 01:13:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 518468770 | | EDI: CITICORP | Nov 23 2024 01:13:00 | Department Stores National Bank - Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518591276 | | EDI: Q3G.COM | Nov 23 2024 01:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518477827 | | EDI: DISCOVER | Nov 23 2024 01:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518468773 | | Email/Text: BNSFN@capitalsvcs.com | Nov 22 2024 20:34:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 518468774 | + | Email/Text: crdept@na.firstsource.com | Nov 22 2024 20:36:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 518468775 | | EDI: PHINGENESIS | Nov 23 2024 01:13:00 | Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 518468776 | + | EDI: CITICORP | Nov 23 2024 01:13:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518584558 | | EDI: IRS.COM | Nov 23 2024 01:13:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 518579149 | | EDI: JEFFERSONCAP.COM | Nov 23 2024 01:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518468777 | | Email/Text: legal@arsnational.com | Nov 22 2024 20:35:00 | JP Morgan Chase Bank, c/o ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 518468761 | | EDI: JPMORGANCHASE | Nov 23 2024 01:12:00 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 518506130 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 22 2024 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518799513 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 20:38:05 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518717043 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518717044 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:06 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518477865 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:48:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518468778 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:08 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518563383 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2024 20:37:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 19-27926-JNP    Doc 64    Filed 11/24/24    Entered 11/25/24 01:01:36    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 518473467 | | Email/Text: EBN@Mohela.com | Nov 22 2024 20:34:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield MO 63005 |
| 518468781 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2024 20:38:00 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 518468782 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2024 20:37:35 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518468783 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Credit Management, Attn: Customer Support Services, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 518468784 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Credit Management, Attn: Consumer Support Services, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 518571815 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2024 20:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518575504 | | EDI: PRA.COM | Nov 23 2024 01:13:00 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 518468786 | | Email/Text: signed.order@pfwattorneys.com | Nov 22 2024 20:33:00 | Rita E. Dunleavy, Esquire, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518468785 | | Email/Text: ProsperBK@prosper.com | Nov 22 2024 20:35:00 | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 518717041 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:49:51 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518717042 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 20:37:10 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602, PYOD LLC, c/o Resurgent Capital Services 29602-9008 |
| 518581001 | | EDI: Q3G.COM | Nov 23 2024 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518574944 | | EDI: Q3G.COM | Nov 23 2024 01:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518468787 | + | Email/Text: bfore90210@aol.com | Nov 22 2024 20:33:00 | Robert Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 518468789 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 22 2024 20:36:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518468790 | | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 22 2024 20:37:29 | SoFi Lending Club Personal Loan, PO Box 654158, Dallas, TX 75265-4158 |
| 518586748 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 22 2024 20:37:04 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 518470414 | ^ | MEBN | Nov 22 2024 20:27:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518468791 | | EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank - Amazon, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518468792 | | EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank - American Eagle, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518468793 | | EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank - Banana Republic, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518468794 | | EDI: SYNC | Nov 23 2024 01:13:00 | Synchrony Bank - Care Credit, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 518468796 | + Email/Text: media@trueaccord.com | | | |
| | | | Nov 22 2024 20:36:00 | TrueAccord, 303 2nd Street, Suite 750 South, San Francisco, CA 94107-1366 |
| 518468798 | EDI: USAA.COM | | | |
| | | | Nov 23 2024 01:12:00 | USAA Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 |
| 518468800 | + EDI: USAA.COM | | | |
| | | | Nov 23 2024 01:12:00 | USAA Credit Card, PO Box 65020, San Antonio, TX 78265-5020 |
| 518599648 | + Email/Text: RASEBN@raslg.com | | | |
| | | | Nov 22 2024 20:33:00 | USAA Federal Savings Bank, C/O: Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518468801 | EDI: USAA.COM | | | |
| | | | Nov 23 2024 01:12:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0578 |
| 518468797 | + Email/Text: BAN5620@UCBINC.COM | | | |
| | | | Nov 22 2024 20:34:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Toledo, OH 43614-1501 |
| 518468802 | Email/Text: dispute@velocityrecoveries.com | | | |
| | | | Nov 22 2024 20:35:00 | Velocity Investments, LLC, 1800 State Route 34, Suite #404A, Wall Township, NJ 07719-9147 |
| 518583145 | + EDI: AIS.COM | | | |
| | | | Nov 23 2024 01:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518468803 | + Email/Text: bankruptcy@webbank.com | | | |
| | | | Nov 22 2024 20:33:00 | Web Bank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518468779 | *+ | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518468780 | *+ | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518468788 | *+ | Robert Forester, 7 Ruth Court, Absecon, NJ 08201-1813 |
| 518468795 | * | Synchrony Bank - Care Credit, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518468799 | * | USAA Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | |
| | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Nov 22, 2024 | Form ID: 3180W | Total Noticed: 72

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor CSMC 2018-SP2 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor CSMC 2018-SP2 Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor CSMC 2018-SP2 Trust kimwilson@raslg.com

Robert A. Loefflad
    on behalf of Debtor GinaMarie Forester rloefflad@king-barnes.com mbankes@king-barnes.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9