Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–27926–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
GinaMarie Forester
aka Gina T. Forester, aka Gina Marie Forester, aka GinaMarie T. Forester
7 Ruth Court
Absecon, NJ 08201

Social Security No.:
xxx–xx–9700

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 23, 2024</u>       <u>Jerrold N. Poslusny Jr.</u>
                                       Judge, United States Bankruptcy Court